UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 21-cv-07822-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Defendant filed the Answer and the Administrative Record in this action on April 11, 2022. Dkt. 20, 21. Pursuant to the Scheduling Order, Plaintiff's motion for summary judgment was due within 28 days of the filing of the Answer, *i.e.*, by May 9, 2022. Dkt. 4. Plaintiff did not file his motion for summary judgment by the deadline, and there has been no further activity in the case. Accordingly, Plaintiff is ordered to appear by Zoom on **August 9, 2022 at 9:30 a.m.** and show cause why this case should not be dismissed for failure to prosecute. Plaintiff must also file a response to this Order to Show Cause by **August 2, 2022.**

**SO ORDERED.**

Dated: July 11, 2022

SUSAN VAN KEULEN
United States Magistrate Judge